**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | * | |
| *Plaintiff,* | * | |
| **v.** | * | **Civil Action No.  1:20-cv-00957-ADC** |
| **TASHE WOLFE** *et al.* | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their counsel, hereby files this Stipulation of Dismissal, dismissing the above-captioned matter *with* prejudice.

Date:  December  3, 2020              Respectfully submitted,

              */s/ Amanda C. Sprehn*
Paul J. Weber (Bar No. 03570)
Amanda C. Sprehn (Bar No. 28071)
HYATT & WEBER, P.A.
200 Westgate Circle, Suite 500
Annapolis, Maryland 21401
Phone:  (410) 266-0626
Facsimile: (410) 841-5065
Email: pweber@hwlaw.com
Email: asprehn@hwlaw.com

*Counsel for Plaintiff
Allstate Insurance Company*

      */s/ Brian M. Spern*
Brian M. Spern, Esquire (#27221)
THE LAW OFFICE OF BRIAN M. SPERN
3701 Old Court Road, #24
Pikesville, MD 21208
Phone: (410)580-5497(p)
Facsimile: (410)486-2581(f)
Email: Brianspern@yahoo.com
*Counsel for Defendants*
*Stanley Rochkind, N.B.S., Inc., Dear Management and Construction Company and Charles Runkles,*


      */s/ Brian S. Brown*
Brian S. Brown (#05413)
BROWN & BARRON, LLC
7 St. Paul Street, Suite 800
Baltimore, MD 21202
Phone: (410) 547-0202
Email: bbrown@brownbarron.com
*Counsel for Defendant*
*Tashe Wolfe and Dawayne A. Wolfe, Jr.*